[No. 10450–8–III. Division Three. February 26, 1991.]

*In the Matter of the Marriage of* DAVID A. NORDSTROM, *Appellant, and* LINDA E. NORDSTROM, *Respondent.*

Appeal from a judgment of the Superior Court for Spokane County, No. 80–3–00285–4, Robert D. Austin, J., entered November 21, 1989. *Affirmed* by unpublished opinion per Shields, J., concurred in by Green, C.J., and Munson, J.

[No. 10611–0–III. Division Three. February 26, 1991.]

THE STATE OF WASHINGTON, *Respondent*, v. ZEBULEN PIKE, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 89–1–01626–6, James M. Murphy, J., entered February 7, 1990. *Reversed* by unpublished opinion per Thompson, J., concurred in by Shields, A.C.J., and Munson, J. Now published at 60 Wn. App. 738.

[No. 13279–6–II. Division Two. February 28, 1991.]

RHONDA M. ANDREWS, *Appellant*, v. THE STATE OF WASHINGTON, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pierce County, No. 87–2–03832–2, Brian M. Tollefson, J., entered September 7, 1989. *Affirmed* by unpublished opinion per Worswick, C.J., concurred in by Petrich and Morgan, JJ.